PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carlos Enrique Giraldo Hurtado                    Cr.: 06-0173-01

Name of Sentencing Judicial Officer: William J. Zloch (Jurisdiction transferred on 03-07-06 & assigned to USDJ William H. Walls)

Date of Original Sentence: 01-26-01

Original Offense: Conspiracy to Possess with Intent to Distribute Heroin

Original Sentence: 66 months imprisonment; 3 years Supervised Release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 06-10-04

Assistant U.S. Attorney: Steve Petri                    Defense Attorney: Patrick Michael Hunt, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On April 3, 2007, Missouri Highway Patrol Officer Kelsey Rutledge, pulled over the offender driving a 1995 Ford Explorer for following another vehicle too closely on Route I-44 in Jasper County, Missouri. After speaking with the offender and his son, Johathan Giraldo, Trooper Rutledge became suspicious of where they were coming from. After briefly searching the vehicle, Trooper Rutledge asked the offender if he was willing to follow him to Troop D Headquarters in Springfield, Missouri. A thorough search at headquarters resulted in the seizure of six (6) cellophane wrapped bundles, each bundle weighing approximately two (2) pounds of heroin. As such, the offender was charged in the Western District of Missouri with Possession with Intent to Distribute One (1) Kilogram or more of Heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(i). On April 4, 2007, he appeared before Chief Magistrate Judge, James C. England from the Western District of Missouri and was ordered detained. |

2          The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

In or about January 2007 and on March 29, 2007, the offender traveled outside of the State of New Jersey without the permission of the Court or the Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 04-05-07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11 April 2007
_____
Date